EDITH STINE, ADMINISTRATRIX, v. SOUTHERN RAILWAY COMPANY.

(Filed 22 December, 1908.)

APPEAL by plaintiff from *Lyon, J.,* at March Term, 1908, of NASH.

*Gudger & McElroy* for plaintiff.
*Moore & Rollins* for defendant.

PER CURIAM: The questions presented in this appeal are substantially similar to those appearing in *High v. Railroad,* 112 N. C., 385, and *Beach v. Railroad,* 148 N. C., 152, and on the authority of those decisions and others of like import the judgment dismissing plaintiff's action as on judgment of nonsuit is

Affirmed.